I am writing to update mailing address for case No. 4:22-cv-04144-Jes Lovett vs.

I changed prisons from IRCC To

Joseph Lovett Y21763
Dixon CC.
2600 N. Brinton Ave
Dixon, IL
61021

Thanks again

Joseph Lovett

FILED
DEC 30 2022
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**Other Orders/Judgments**
4:22-cv-04144-JES Lovett et al v. Knox Co. Sheriffs Dept/Law Enforcement Cntr. et al

22,PRISONER,PROSE

## U.S. District Court

## CENTRAL DISTRICT OF ILLINOIS

**Notice of Electronic Filing**

The following transaction was entered on 10/6/2022 at 3:54 PM CDT and filed on 10/6/2022
**Case Name:** Lovett et al v. Knox Co. Sheriffs Dept/Law Enforcement Cntr. et al
**Case Number:** 4:22-cv-04144-JES
**Filer:**
**Document Number:** No document attached

by Judge James E. Shadid on 10/
the $402 filing fee nor file
of this order, ea



THIS CORRESPONDENCE IS FROM AN INDIVIDUAL IN CUSTODY OF THE ILLINOIS DEPARTMENT OF CORRECTIONS

Joseph Lovett Y21703
Dixon C.C.
2600 N. Brinton Ave
Dixon IL (POB 1200) 61021

LEGAL MAIL
SEALED EVD.
confidentiality

Peoria Division
100 NE Monroe St
Peoria IL 61602 Room 305

20 DEC 2022 PM 5 L