UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSEPH LOVETT, *et al.*, <br><br>    Plaintiffs, <br><br> v. <br><br> LOUIS GLOSSIP, *et al.*, <br><br>    Defendants. | No. 4:22-cv-04144-JES <br><br> **JURY DEMAND** |

**ANSWER BY DEFENDANTS ABERNATHY AND GLOSSIP**

Defendants, Brad Abernathy and Louis Glossip, by their attorneys IFMK Law, Ltd., hereby submit the following answer, affirmative defenses and jury demand. This filing responds to the issues stated in the Court's merit review order, ECF #8, in compliance with Local Rule 16.3(E)(2).

1. Pursuant to its merit review of the complaint under 28 U.S.C. 1915A, the Court found that plaintiffs Jeff Bosaw and Joseph Lovett state a fourteenth amendment claim against defendants Brad Abernathy and Louis Glossip, each in his individual capacity, based upon unconstitutional living conditions at the Knox County jail. In particular, plaintiffs allege black mold at the jail has caused them to be ill. ECF #8 at 4, ¶ 2.

**ANSWER:** **Defendants Abernathy and Glossip deny violating plaintiffs' rights arising under the fourteenth Amendment of the U.S. Constitution, deny the conditions of confinement at the Knox County jail are or were objectively unreasonable, deny plaintiffs were subjected to constitutionally deficient conditions of confinement, deny plaintiffs suffered any injuries arising from mold or other conditions of confinement, and deny violating plaintiffs' rights arising under any other constitutional amendment or federal law.**

## AFFIRMATIVE DEFENSES

1. **Qualified Immunity**. At all times relevant to plaintiff's complaint, ECF #1, defendants Abernathy and Glossip acted in good faith in the performance of their discretionary duties as law enforcement officers and/or jail administrators without violating plaintiffs' clearly established rights. Defendants are protected by qualified immunity as to plaintiffs' claims arising under federal law.

## JURY DEMAND

Defendants request trial by jury

WHEREFORE, defendants Brad Abernathy and Louis Glossip hereby file their answer, affirmative defenses and jury demand.

Bhairav Radia #6293600
Joseph D. Bracey, Jr. #6322428
IFMK Law, Ltd.
650 Dundee Road, Suite 475
Northbrook, IL 60062
Phone: 847-291-0200
Email: bradia@ifmklaw.com
       jbracey@ifmklaw.com

Respectfully,

**Brad Abernathy,**
**Louis Glossip**

By: *s/ Joseph D. Bracey, Jr.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSEPH LOVETT, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>LOUIS GLOSSIP, *et al.*,<br><br>   Defendants. | No. 4:22-cv-04144-JES<br><br>**JURY DEMAND** |

### CERTIFICATE OF SERVICE

I certify that on June 5, 2023, I caused the foregoing **Answer by Defendants Abernathy and Glossip, Affirmative Defenses and Jury Demand**, to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to the following registered participant(s):

None

And I hereby further certify that on the same date, I caused a copy of the same to be mailed by U.S. postal service in an envelope with proper postage and addressed to the following:

**Jeff Bosaw**
Knox County Jail
152 S. Kellogg St
Galesburg, IL 61401
*Pro se plaintiff*

**Joseph Lovett**, #Y21763
Dixon Correctional Center
2600 N. Brinton Ave
Dixon, IL 61021
*Pro se plaintiff*

By:  s/ *Joseph D. Bracey, Jr.*

*Attorney for defendants
Brad Abernathy and Louis Glossip*