IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Joseph Lovett, et al. ) | |
| ) | No. 4:22-cv-04144-JES |
| *Plaintiffs* ) | |
| ) | *(Judge Shadid)* |
| *-vs-* ) | |
| ) | |
| Louis Glossip, et al., ) | |
| ) | |
| *Defendants.* ) | |

## ATTORNEY'S FRIEND OF THE COURT MOTION REGARDING PLAINTIFF'S ADDRESS

Attorney Joel Flaxman files this motion to seek leave as a friend of the Court to update the Court on the mailing address of plaintiff Jeffrey Bosaw.

1. Plaintiff Bosaw is in unrepresented litigant. He contacted the Law Office of Kenneth N. Flaxman P.C. to request representation.

2. To respond to that request, undersigned counsel reviewed the docket for this case on March 25, 2024, and learned that the Court does not have the correct address for plaintiff Bosaw.

3. On March 4, 2024, the Court entered the following order:

> Within 14 days of the entry of this order, plaintiff is directed to show good cause why this case should not be dismissed for failure to keep the Court informed of plaintiff's address. Failure to show good cause will result in dismissal of this case.

4. Plaintiff Bosaw was recently transferred from the Knox County Jail to a federal prison in Wisconsin. His mailing address is:

Jeffrey Bosaw No. 17489-509
FCI Oxford
P.O. Box 1000
Oxford, WI 53952

5. Undersigned counsel believes that plaintiff Bosaw may have been unable to inform the Court of his new address because some of his belongings were not transferred with him to FCI Oxford.

6. Undersigned counsel files this motion to assist the Court and plaintiff Bosaw.

        Respectfully submitted,

/s/ Joel A. Flaxman
   Joel A. Flaxman
   ARDC No. 6292818
   Kenneth N. Flaxman
   KENNETH N. FLAXMAN P.C.
   200 S Michigan Ave, Ste 201
   Chicago, IL 60604
   (312) 427-3200
   jaf@kenlaw.com
   *As Friend of the Court*

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Bhairav Radia, bradia@ifmklaw.com; Joseph Bracey, jbracey@ifmklaw.com; Kyle R. Moore, kmoore@ifmklaw.com.

I hereby certify that I have mailed by United States Postal Service the foregoing to the following: Jeffrey Bosaw No. 17489-509, FCI Oxford, P.O. Box 1000, Oxford, WI 53952.

/s/ <u>Joel A. Flaxman</u>
Joel A. Flaxman
ARDC No. 6292818
Kenneth N. Flaxman
200 S Michigan Ave, Ste 201
Chicago, IL 60604
(312) 427-3200
*attorneys for plaintiff*