**FILED**
APR - 8 2024
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

22-4144

JEFFREY BOSAW
17489-509

4/2/24

CLERK OF THE COURT

THIS IS MY 3rd NOTICE TO UPDATE ADDRESS (1st WAS BY ME ON FEB 16TH 2024, THE SECOND BY MR. FLAXMAN, BECAUSE I KNEW THE CLERK WHICH IS PART OF THE CONSPIRACY TO VIOLATE MY RIGHTS WAS GOING TO PULL A STUNT LIKE THIS, SO I WAS VERY HAPPY WHEN HE DID IT) AND NOW THIS 3rd TIME BY ME BECAUSE THE SAME VIOLATING CLERK THAT CHANGED MY ADDRESS IN 22-4144 IS TRYING TO FIND A WAY TO EASILY DISMISS THE MORE SERIOUS CASE 23-1425 WHICH THE CLERK IS A PARTY IN BY DEMANDING YET ANOTHER REPLY & NOTICE BY ME WITHIN A VERY SHORT GRACE PERIOD OTHERWISE I WILL RESULT IN A DISMISSAL OF THE ACTION (SEE EX 3) WHICH IS WHAT THEY NEED TO HAPPEN BECAUSE THEY ALL KNOW THEY ARE BEING WATCHED BY NUMEROUS POLITICIANS AND MEDIA AND THEY ARE IN BIG TROUBLE.

BELOW IS MY NEW ADDRESS, UPDATE 23-1425 & ALL OTHER CASES IN MY NAME

I CERTIFY I AM PUTTING THIS IN THE DORM BLUE MAIL BOX AT 7:07 PM 4/2/24 NEXT TO THE OFFICE AND LAUNDRY ROOM

*[signature]*

NEW ADDRESS:

JEFFREY A BOSAW 17489-509
FEDERAL CORRECTIONAL INSTITUTION
   PO BOX 1000
   OXFORD WI 53952
(ALSO SEE DOCKET 22-4144)

EX 1 COPY OF ENVELOPE WHEN RECEIVED
EX 2 THE ORDER THE CLERK ENTERED AFTER JOEL GOT INVOLVED
EX 3 NOTICE FROM SAME CLERK THAT I NEED TO INFORM THEM OF THE CHANGE THAT THEY HAVE ALREADY ACKNOWLEDGED MY FIRST NOTICE (FEB 16TH 2024) LISTED ALL CASES RELATED TO ME, BUT THAT NOTICE HAS MYSTERIOUSLY VANISHED

AGAIN, SINCE THE DOJ/BOP HAS CONVIENTLY LOST ALL OF MY LEGAL SUPPLIES, I AM STUCK USING WHAT EVER I CAN GET MY HANDS ON TO SEND THIS REPLY & NOTICE. THERE ARE 3 EXHIBITS ATTACHED TO THIS!

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
OFFICE OF THE CLERK
ROOM 305
FEDERAL BUILDING
100 N.E. MONROE
PEORIA, ILLINOIS 61602

OFFICIAL BUSINESS

AS YOU CAN SEE THE CLERK CLEARLY HAS MY ADDRESS NOW CORRECT IN THE SYSTEM.

Jeff Bosaw
17489-509
OXFORD FCI
P.O. BOX 1000
OXFORD, WI 53952

TO DEMAND THAT THE PLAINTIFF SEND A 3rd NOTICE OF CHANGE OF ADDRESS WITH A RESTRICTED DEADLINE OR ELSE HIS OTHER CASE WILL BE DISMISSED (SEE EX 3) JUST FURTHER SHOWS THE LEGAL TACTICS BEING USED TO VIOLATE THE PLAINTIFF.

PEORIA IL 616
27 MAR 2024 PM

$0.64
US POSTAGE
FIRST-CLASS
062S001495O453
FROM 61602

4/2/24
4:38pm

THIS IS THE DATE WHEN BOP GAURD GAVE TO ME, THIS IS ALSO HIS INITIALS



EX 1

### Multi-Action Order

<u>4:22-cv-04144-JES Lovett et al v. Glossip et al</u>
22,MERIT REVIEW HELD,PRISONER,PROSE,SERVICE ORDERED

EX 2

## U.S. District Court

## CENTRAL DISTRICT OF ILLINOIS

### Notice of Electronic Filing

The following transaction was entered on 3/26/2024 at 11:26 AM CDT and filed on 3/26/2024
**Case Name:**   Lovett et al v. Glossip et al
**Case Number:**   4:22-cv-04144-JES
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**TEXT ORDER** entered by Judge James E. Shadid on 3/26/2024. On March 4, 2024, the Court directed Plaintiff Bosaw to inform the Court of his new address within 14 days after mail the Court sent to Plaintiff at the Knox County Jail was returned as undeliverable (d/e 3/4/2024). On March 25, 2024, Attorney Joel Flaxman filed a "Friend of the Court" Motion Regarding Plaintiff's Address [36] to inform the Court that Plaintiff Bosaw is located at FCI Oxford. [36] is GRANTED. The Clerk is directed to update Plaintiff Bosaw's address on the docket. Plaintiff is reminded of his continued obligation to immediately inform the Court, in writing, of any change in his mailing address and telephone number. Plaintiff's failure to notify the Court of a change in mailing address or phone number will result in dismissal of this lawsuit, with prejudice.(SAG)

**4:22-cv-04144-JES Notice has been electronically mailed to:**

Bhairav Radia      bradia@ifmklaw.com, bhairav.radia@gmail.com, docket@ifmklaw.com

Joel A Flaxman     jaf@kenlaw.com

Joseph Bracey      jbracey@ifmklaw.com, docket@ifmklaw.com

Kyle R. Moore      kmoore@ifmklaw.com, docket@ifmklaw.com

**4:22-cv-04144-JES Notice has been delivered by other means to:**

Jeff Bosaw
17489-509
OXFORD
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 1000

> I SENT A NOTICE OF ADDRESS CHANGE ON FEB 16TH 2024 AT THE SAME TIME I SENT A NOTICE OF ADDRESS CHANGE TO 7TH NORTHERN CIRCUIT APPEALETTE COURT AND THEY GOT THEIRS OK. I HAD A FEALING THE CLERK IN PEORIA WOULD MISPLACE MY NOTICE OF CHANGE OF ADDRESS, IT'S THE FASTEST WAY TO DISMISS MY PREVAILING CASES. THAT WHY MR FLAXMAN DID WHAT HE DID.

**Notices**

1:23-cv-01425-CRL Bosaw v. Shadid et al

58,PRISONER,PROSE

EX 3

## U.S. District Court

### CENTRAL DISTRICT OF ILLINOIS

**Notice of Electronic Filing**

The following transaction was entered on 3/26/2024 at 11:40 AM CDT and filed on 3/26/2024
**Case Name:** Bosaw v. Shadid et al
**Case Number:** 1:23-cv-01425-CRL
**Filer:**
**Document Number:** No document attached

**Docket Text:**
NOTICE: The Clerk of the Court has been informed by document filed in case number 22-4144 that Plaintiff has been transferred from Knox County Jail to Oxford FCI. It has been noted by the Clerks Office that this case is also pending in the Central District of Illinois, but Plaintiff has not filed a Notice of Change of Address in this case. Plaintiff is reminded that he is under a continuing obligation to keep the Clerk and each opposing party informed of any change in his location. Pursuant to Central District of Illinois Local Rule 16.3(K), every pro se plaintiff must notify the Clerk of this court in writing of any change of address during the entire pendency of his case. It is not the Court's responsibility to independently maintain current addresses on all parties to pending actions. As a courtesy to Plaintiff, however, the Clerk is DIRECTED to send a copy of this Notice to Plaintiff at the institution where he has reportedly been transferred. Plaintiff shall, no later than 14 days from the date of this Notice, file a notice of change of address with the Clerk. Failure to do so will result in dismissal of this action. Notice of Change of Address to be filed by plaintiff by 4/9/2024.(SAG)

1:23-cv-01425-CRL Notice has been electronically mailed to:

1:23-cv-01425-CRL Notice has been delivered by other means to:

Jeffery Bosaw
KNOX
Knox County Law Enforcement Center--Knox County Jail
Inmate Mail/Parcels
152 S Kellogg Street
Galesburg, IL 61401

*[Handwritten note:]* AS YOU CAN SEE FROM THE INITIALED COPY OF ENVELOPE I DID NOT RECEIVE THE NOTICE TILL 4/2/24, 7 DAYS AFTER IT WAS GENERATED, AND EVEN THOUGH THIS PLAINTIFFS 2nd NOTICE NOW TO THIS SAME CLERK TO CHANGE HIS ADDRESS TO REFLECT THE SAME ONE AS IN 22-4144 WHICH IS ALREADY ON FILE WITH THIS SAME CLERK WILL BE SENT OUT TODAY 4/2/24 IN THE BOP MAIL SYSTEM, IT MAY NOT REACH THE CLERK BY 4/9/24 WHICH IS THE PLAN OF THIS CONSPIRACY.

JEFFREY A BOSAW 17489 509
FEDERAL CORRECTIONAL INSTITUTION
PO BOX 1000
OXFORD, WI 53952

MILWAUKEE WI 530
4 APR 2024   PM 5  L



⇔17489-509⇔
Clerk Of The Court
100 NE Monroe ST  ROOM 305
Peoria, IL 61602
United States

LEGAL

LEGAL

61602-100399